STATE of Missouri,
Plaintiff/Respondent,

v.

Clifton HARRY, Defendant/Appellant.

No. 58476.

Missouri Court of Appeals,
Eastern District,
Division One.

July 30, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 5, 1991.

Raymond L. Legg, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

In this jury-tried case, defendant appeals his conviction for receiving stolen property in violation of § 570.080, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).